1  McGREGOR W. SCOTT
   United States Attorney
2  SHEILA K. OBERTO
   Assistant U.S. Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000

FILED

NOV 06 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:03CR5435 AWI |
| Plaintiff, | |
| v. | MOTION AND ORDER FOR DISMISSAL OF INDICTMENT |
| JAIME SIERRA TORRES, | |
| Defendant. | |

The United States Attorney's Office, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, hereby moves to dismiss the indictment, against JAIME SIERRA TORRES, in the interest of justice and without prejudice.

DATED: October 31, 2008

Respectfully submitted,

McGREGOR W. SCOTT
United States Attorney

By: /s/ Sheila K. Oberto
SHEILA K. OBERTO
Assistant U.S. Attorney

1

McGREGOR W. SCOTT
United States Attorney
SHEILA K. OBERTO
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 1:03CR5435 AWI |
| Plaintiff, ) | |
| v. ) | ORDER |
| JAIME SIERRA TORRES, ) | |
| Defendant. ) | |

IT IS HEREBY ORDERED, that the Indictment against JAIME SIERRA TORRES, be dismissed in the interest of justice and without prejudice.

DATED: 11-6-08

ANTHONY W. ISHII
U.S. District Court Judge